```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00184 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER FOR CONTINUANCE OF TRIAL |
| v. | ) |
| ROBERT CERVANTES, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Daniel K. Martin, attorney for Robert Cervantes, that the trial set for August 7, 2012 be continued to September 25, 2012 at 8:30 a.m.

1. A necessary witness in the case, ATF SA Ryan Stearman, the case agent, has received a new assignment on the east coast, and the week of August 7, 2012 is the first week of his assignment. As such, it would be extremely difficult for him to appear back in the Eastern District of California as he is just transitioning into his new position. Moreover, the the parties met and conferred on July 13, 2012 for over 2 hours, and need additional time to discuss a possible

resolution of the matter.

2. The parties request that the Court keep the July 23, 2012 court date in place as a status conference, set the trial for September 25, 2012, and set a trial confirmation for September 4, 2012.

3. The parties agree that the Court should order time excludable through and until September 4, 2012, finding that the ends of justice served by granting such continuance outweigh the best interests of the defendant and the public pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: July 13, 2012                    Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


                                   By   /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney

Dated: July 13, 2012                    /s/ Daniel K. Martin
                                        DANIEL K. MARTIN
                                        Attorney for Robert Cervantes


IT IS SO ORDERED.

Dated:     July 16, 2012            _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

2