| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #91175 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | ROBERT CERVANTES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00184 AWI-DOB |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | SENTENCING |
| v. | ) | |
| | ) | |
| ROBERT CERVANTES, | ) | DATE: December 17, 2012 |
| | ) | TIME: 10:00 a.m. |
| *Defendant.* | ) | JUDGE: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for November 5, 2012, **may be continued to December 17, 2012 at 10:00 a.m**.

This continuance is at the request of counsel for defendant. Counsel was only recently appointed to represent defendant in these sentencing proceedings and needs additional time for case review and to meet with defendant with regard to preparation and filing of any sentencing objections which may be reasonably appropriate on defendant's behalf prior to hearing. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Kimberly Sanchez has no objection to this request.

///

///

Because this is a sentencing hearing, no exclusion of time waiver is need for the period of time set forth herein

                BENJAMIN B. WAGNER
                United States Attorney

DATED: October 26, 2012      By:  /s/ Kimberly Sanchez
                                     MARK J. MCKEON
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                DANIEL J. BRODERICK
                Federal Defender

DATED: October 26, 2012      By:  /s/ Francine Zepeda
                                     FRANCINE ZEPEDA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     ROBERT CERVANTES


**O R D E R**

IT IS SO ORDERED.

Dated: October 26, 2012

                                       CHIEF UNITED STATES DISTRICT JUDGE