```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  FRANCINE ZEPEDA, Bar #91175
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorneys for Defendant
 6  ROBERT CERVANTES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-cr-00184 AWI-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) SENTENCING |
| v. | ) |
| ROBERT CERVANTES, | ) DATE: April 29, 2013 ) TIME: 10:00 a.m. |
| Defendant. | ) JUDGE: Hon. Anthony W. Ishii ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for February 25, 2012, **may be continued to April 29, 2013 at 10:00 a.m**.

This continuance is at the request of counsel for defendant.  Counsel needs additional time for case review and to  meet with defendant with regard to preparation and filing of any appropriate sentencing objections which may be reasonably appropriate on defendant's behalf prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.  Assistant United States Attorney Kimberly Sanchez has no objection to this request.

///

///

///

Because this is a sentencing hearing, no exclusion of time waiver is needed for the period of time set forth herein

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: February 21, 2013        By:  /s/ Kimberly Sanchez
                                                    KIMBERLY SANCHEZ
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                              JOSEPH SCHLESINGER
                                              Acting Federal Defender

DATED: February 21, 2013        By:  /s/ Francine Zepeda
                                                    FRANCINE ZEPEDA
                                                   Assistant Federal Defender
                                                   Attorneys for Defendant
                                                   ROBERT CERVANTES

**O R D E R**

IT IS SO ORDERED.

Dated:   February 21, 2013                                                
                                         SENIOR DISTRICT JUDGE