1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROBERT CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00184 AWI-DOB |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| v. | |
| ROBERT CERVANTES, | Date : September 9, 2013 |
| Defendant. | Time: 10:00 a.m. |
| | Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the sentencing hearing in the above-referenced matter now scheduled for June 3, 2013, **may be continued to September 9, 2013, at 10:00 a.m.**

This continuance is at the request of counsel for defendant. Counsel needs additional time to meet with defendant who is currently housed at Lerdo. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Kimberly Sanchez has no objection to this request.

/ / /

/ / /

/ / /

/ / /

/ / /

Because this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 29, 2013  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 29, 2013  /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorney for Defendant
Robert Cervantes

**O R D E R**

**IT IS SO ORDERED.** The sentencing hearing in the above-captioned matter is hereby continued to September 9, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 29, 2013

SENIOR DISTRICT JUDGE